UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Ft. Lauderdale Division
www.flsb.uscourts.gov

In re:                                                          Case No. 15-14929-JKO

PASQUALE MORABITO,
        Debtor.                                              Chapter 7
_____/

## JONATHAN KLINE P.A.'S MOTION TO WITHDRAW AS ATTORNEY FOR THE DEBTOR

COMES NOW the undersigned attorney of record for the Debtor, PASQUALE MORABITO (*hereinafter* Debtor), and prays that this Court enter its order granting leave to withdraw as counsel for the Debtor herein and as grounds states as follows:

1. The undersigned Attorney has grounds under the Rules of Professional Conduct to withdraw as counsel to the Debtor because irreconcilable differences have arisen between the undersigned Attorney and the Debtor substantiating good cause pursuant to R. Regulating Fla. Bar 4-1.16(b)(5).

2. Debtor has requested the Discharge of the Movant's services. A copy of the Debtors' Consent to Jonathan Kline, P.A.'s Withdrawal as Attorney of Record is attached hereto as **EXHIBIT "A."**

3. The undersigned Attorney respectfully requests that, if this Motion is granted, all hearings and/or deadlines currently set in this matter be continued for ten (10) days, upon the request of the Debtor, to permit the Debtor sufficient time to obtain new counsel or proceed *pro se* without adverse effect.

4. This Motion has been personally served on the Debtor, PASQUALE MORABITO,

as required by Local Rule 2090-1.

5. Debtor's temporary address is: 700 S.W. 137 Ave., Unit H-113, Pembroke Pines, FL 33027. Debtor's alternative address is 1140 N.W. 96 Terrace, Pembroke Pines, FL 33024. Debtor's phone number is 954.665.7007. Debtor's email address is pazzmo@gmail.com.

**WHEREFORE**, upon notice and hearing hereof, the undersigned Attorney respectfully requests that this Court enter an order allowing the undersigned to withdraw as counsel for the Debtor and granting any such other and further relief as this Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Jonathan Kline, P.A.'s Motion to Withdraw as Attorney for the Debtor was served on the following interested parties on August 1, 2016.

**JONATHAN KLINE, P.A.**
Attorneys for Debtor
2761 Executive Park Dr.
Weston, Florida 33331
Telephone: (954)888-4646
Facsimile: (954)888-4647
Jonathan.Kline@jklawfl.com

By: */s/ Jonathan Kline*
Jonathan Kline, Esq.
Fla. Bar No. 6092

*The following Parties were served via the CM/ECF System*:
Leslie Osborne, Trustee
Office of the U.S. Trustee
All other parties of interest

*The following Parties were served via Personal Service*:
Pasquale Morabito, Debtor

# EXHIBIT A

Debtors' Consent to Jonathan Kline, P.A.'s Withdraw[al] as Attorney of Record.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Ft. Lauderdale Division
www.flsb.uscourts.gov

In re:                                                                  Case No. 15-14929-JKO

PASQUALE MORABITO,
          Debtor.                                                       Chapter 7
_____/

### DEBTORS' CONSENT TO JONATHAN KLINE, P.A.'S WITHDRAW AS ATTORNEY OF RECORD

The Debtor, PASQUALE MORABITO (*hereinafter* Debtor), signs this Consent to the Withdraw of Jonathan Kline, P.A. in support of Jonathan Kline P.A.'s Motion to Withdraw as Counsel of Record to the above-captioned case. The Debtor states that he hereby consents to the unconditional withdrawal of Jonathan Kline, Esq., for Jonathan Kline, P.A.

The Debtor further states that he is signing this Consent to Withdrawal of Counsel freely and voluntarily, and intends to be bound by the same. The Debtor has read this Consent to Withdrawal of Counsel and is aware of the legal and binding effect of the same. No representations, warranties, or inducements of any nature have been made or relied upon by the Debtor, except as set forth herein. This Consent to Withdrawal of Counsel is being executed without undue influence, fraud or coercion, with the Debtor stating that there have not been any misrepresentations by or to the Debtor, and the Debtor believing this Consent to Withdrawal being fair, just and reasonable.

DATED this ___1ST___ day of ___AUGUST___, 2016.

_____
PASQUALE MORABITO